IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DANIEL M. METZ | ) |
| Plaintiff, | ) 6-12-CV-332-ORL-18KRS |
| v. | ) Civil No._____ |
| | ) (formerly Eighteenth Judicial Circuit |
| UNITED STATES OF AMERICA | ) Court, Seminole County, Florida, Case |
| | ) No. 2012CA-000191-000-00) |
| Defendant. | ) |

## UNITED STATES OF AMERICA'S NOTICE OF REMOVAL

Defendant United States of America, by and through the undersigned counsel, hereby gives notice, pursuant to 28 U.S.C. § 1446(a), that it is removing this action to this Court on the following ground:

1. On or around January 20, 2012, Plaintiff Daniel M. Metz filed with the Eighteenth Judicial Circuit Court of Seminole County, State of Florida, a Petition for Declaratory Judgment and Permanent Injunction against the United States.[1] *See Daniel M. Metz v. Douglas H. Shulman, et. al.*, Case No. 2012CA-000191-0000-00.

2. The foregoing constitutes an action that is removable to this Court under 28 U.S.C. § 1442(a)(1).

3. Plaintiff failed to properly serve the United States Attorney for the Middle District of Florida. However, the IRS received a copy of the summons and complaint on February 2,

---

[1] Plaintiff improperly named Douglas Shulman and Jennifer Wolk, agents of the Internal Revenue Service in their official capacity, as the Defendants to Plaintiff's Complaint. However, the United States of America is the real Defendant. *See Dugan v. Rank*, 372 U.S. 609, 620, (1963) ("[A] suit is against the sovereign if the judgment sought would . . . interfere with the public administration, or if the effect of the judgment would be to restrain the Government from acting, or to compel it to act.") (internal citations omitted).

2012. Accordingly, the United States has timely filed this notice of removal within 30-days of receiving a copy of the initial pleading setting forth Plaintiff's claim. *See* 28 U.S.C. § 1446(b).

4. Copies of all papers that have been made known to the United States are attached hereto as Exhibit A.

5. A copy of this notice will be filed with the Eighteenth Judicial Circuit Court of Seminole County, State of Florida, pursuant to 28 U.S.C. § 1446(d), after the filing of the original of this notice in this Court.

WHEREFORE, this civil action now pending in the Eighteenth Judicial Circuit Court of Seminole County, State of Florida, is hereby removed to the United States District Court for the Middle District of Florida, Orlando Division.

Dated: February 29, 2012

Respectfully submitted,

JOHN A. DiCICCO
Principal Deputy Assistant Attorney General
Tax Division

By: _____
ALEXANDER J. MERTON
Alexander.J.Merton@usdoj.gov
U.S. Department of Justice
Trial Attorney, Tax Division
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-0563
Facsimile: (202) 514-9868
Attorney for Defendant, United States of America

Of Counsel:

RICHARD E. O'NEILL
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF REMOVAL was furnished by first-class mail this February 29, 2012 to the following:

> Daniel M. Metz
> 2511 Westminster Terrace
> Oviedo, Florida, 32765
> *Pro Se*

> Alexander J. Merton
> U.S. Department of Justice
> Trial Attorney, Tax Division